ORIGINAL

IN UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
SEP 15 2006
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | | |
|---|---|---|
| TYLER TECHNOLOGIES, INC., | § § § § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. _____ |
| VIRTUAL IMPACT PRODUCTIONS, INC., | § § § | 3-06CV1693-P |
| Defendant. | § | |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Plaintiff Tyler Technologies, Inc. files this Certificate of Interested Persons pursuant to Northern District Local Rule 3.1(f).

The following are interested in the outcome of this case:

1. Plaintiff Tyler Technologies, Inc.

2. Defendant Virtual Impact Productions, Inc.

3. John W. Patton and Megan K. Dredla of Hughes & Luce LLP, 1717 Main Street, Suite 2800, Dallas, Texas 75201 (attorneys for Plaintiff).

Respectfully submitted,

HUGHES & LUCE, L.L.P.

*Megan K Dredla*
John W. Patton
Texas State Bar No. 00798422
Megan K. Dredla
Texas State Bar No. 24050530
1717 Main Street, Suite 2800
Dallas, TX 75201
(214) 939-5500 (Office)
(214) 939-6100 (Facsimile)
pattonj@hughesluce.com
megan.dredla@hughesluce.com

**ATTORNEYS FOR PLAINTIFF TYLER TECHNOLOGIES, INC.**