# UNITED STATES DISTRICT COURT
## <u>NORTHERN</u> District of <u>TEXAS</u>

| | |
|---|---|
| **TYLER TECHNOLOGIES, INC.** | **SUMMONS IN A CIVIL ACTION** |
| V. | |
| **VIRTUAL IMPACT PRODUCTIONS, INC.** | CASE NUMBER:<br>**3-06CV1693-P** |

TO: (Name and address of Defendant)

Virtual Impact Productions, Inc.
607 St. Andrews Drive
Sarasota, Florida  34243

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John W. Patton
Hughes & Luce, LLP
1717 Main Street, Suite 2800
Dallas, Texas  75201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| CLERK OF COURT | SEP 1 5 2006 |
|---|---|
| CLERK | DATE |
| (By) DEPUTY CLERK | |

(ISS-1)

955700.01954:991661.01

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served: _____
_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____
_____
_____

☐   Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____         _____
               Date                  Signature of Server

                                    _____
                                    Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.