ORIGINAL

3:06cv1693-P

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me | DATE 9-20-2006 @ 5:00 pm |
| NAME OF SERVER (PRINT) Mary L. Sanger | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 607 St. Andrews Drive, Sarasota, Fl 34237

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-21-2006
Date

X Mary L. Sanger
Signature of Server

2474 Paulstan Ct
Sarasota, Fl 34237
Address of Server

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
SEP 2 5 2006
CLERK, U.S. DISTRICT COURT
By NB
Deputy

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## <u>NORTHERN</u> District of <u>TEXAS</u>

| | |
|---|---|
| **TYLER TECHNOLOGIES, INC.** | **SUMMONS IN A CIVIL ACTION** |
| V. | |
| **VIRTUAL IMPACT PRODUCTIONS, INC.** | CASE NUMBER:<br>**3-06CV1693-P** |

**TO:**   (Name and address of Defendant)

> Virtual Impact Productions, Inc.
> 607 St. Andrews Drive
> Sarasota, Florida  34243



**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> John W. Patton
> Hughes & Luce, LLP
> 1717 Main Street, Suite 2800
> Dallas, Texas  75201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| CLERK OF COURT | SEP 1 5 2006 |
|---|---|
| CLERK | DATE |
| *(signature)*<br>(By) DEPUTY CLERK | |

955700.01954:991661.01