IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TYLER TECHNOLOGIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Cause No. 3:06-cv-1693 |
| vs. | § | |
| | § | ECF |
| VIRTUAL IMPACT PRODUCTIONS, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Came on for consideration Defendant's Motion for Enlargement of Time to File Response to Plaintiff's Complaint and the Court is of the opinion that the Motion should be granted.

IT IS, THEREFORE, ORDERED that the Motion for Enlargement of Time to File Response to Plaintiff's Complaint is therefore GRANTED and the deadline for Defendant Virtual Impact Productions, Inc. to file its Answer to Plaintiff's Complaint is extended to November 6, 2006.

**So ORDERED and SIGNED this ___ day of October, 2006.**

_____
**JORGE A. SOLIS**
**UNITED STATES DISTRICT JUDGE**