IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TYLER TECHNOLOGIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 3:06-CV-1693-P |
| | § | |
| VIRTUAL IMPACT PRODUCTIONS, | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Now before the Court is Defendant's Motion for Enlargement of Time To File Response to Plaintiff's Complaint, filed October 19, 2006. The Court believes that it is appropriate to expedite the briefing of this filing. Accordingly, it is ORDERED that any response is due on or before October 27, 2006, and any reply, if necessary, is due on or before October 31, 2006.

**IT IS SO ORDERED.**

Signed this 25th day of October 2006.

_Jorge A. Solis_
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE