IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TYLER TECHNOLOGIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Cause No.  3:06-cv-1693 |
| vs. | § | |
| | § | ECF |
| VIRTUAL IMPACT PRODUCTIONS, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING UNOPPOSED MOTION OF ERIC W. BUETHER AND GREENBERG TRAURIG, LLP TO WITHDRAW AS COUNSEL FOR DEFENDANT**

On October 27, 2006, Eric W. Buether and the law firm Greenberg Traurig, LLP filed a motion to withdraw as counsel for Defendant Virtual Impact Productions, Inc. The Court, having considered the motion and the other papers on file in this matter, is of the opinion that the motion should be granted.  It is therefore

ORDERED that Mr. Buether and the law firm of Greenberg Traurig, LLP are withdrawn as counsel for Defendant Virtual Impact Productions, Inc., and that the Court shall modify all service lists to ensure that all hard copy (mail or facsimile) and/or electronic document or notices are no longer distributed to:

> **Eric W. Buether**
> Texas Bar No. 03316880
> E-Mail: buethere@gtlaw.com
> **GREENBERG TRAURIG, LLP**
> 2200 Ross Avenue, Suite 4700E
> JP Morgan Chase Tower
> Dallas, TX 75201
> Telephone:     (972) 419-9103
> Facsimile:     (972) 419-9101

Signed this 30th day of October, 2006.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE