

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TYLER TECHNOLOGIES, INC. | § | |
| | § | |
| Plaintiff, | § | Case Number: 3-06CV1693-P |
| | § | |
| VS. | § | |
| | § | |
| VIRTUAL IMPACT PRODUCTIONS, INC., | § | |
| | § | |
| Defendant | § | |

### ANSWER OF VIRTUAL IMPACT PRODUCTIONS, INC., TO PLAINTIFF'S ORIGINAL COMPLAINT

Defendant, VIRTUAL IMPACT PRODUCTIONS, INC., files this Answer to Plaintiff's Original Complaint, and states as follows as to each and every corresponding averment:

1. Admitted.

2. Admitted.

3. Admitted for jurisdictional purposes only, otherwise Denied.

4. Denied.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Denied.

10. Admitted for jurisdictional purposes only, otherwise Denied.

11. Denied.

12. Admitted for jurisdictional purposes only, otherwise Denied.

Respectfully submitted,

*[signature]*

MANUEL P. MONTEZ
SBN# 14286000
851 Culebra
San Antonio, Texas 78201
(210) 736-1680- office
(210) 736-1689- fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was mailed on this 30th day of October, 2006 to: John W. Payton, Megan K. Dredla, 1717 Main Street, Suite 2800, Dallas, Texas 75201; Eric W. Buether, Green Traurig, LLP, 2200 Ross Avenue, Suite 4700E, JP Morgan Chase Tower, Dallas, Texas 75201.

*[signature]*

MANUEL P. MONTEZ