UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TYLER TECHNOLOGIES, INC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:06-CV-1693-P |
| | § | |
| VIRTUAL IMPACT PRODUCTIONS, INC. | § | ECF |
| | § | |
| Defendant. | § | |

## JOINT PROPOSAL FOR CONTENTS OF
## SCHEDULING AND DISCOVERY ORDER

### I.  Status Report

On November 15, 2006, counsel met at the offices of Hughes & Luce, LLP in Dallas, Texas. Counsel made progress on a proposed case schedule as set forth below and discussed other discovery issues, including the need for a protective order, the order of discovery, the need for any limitations on discovery, and the potential for resolution. Counsel also discussed mediation and determined that the case should not be mediated at this time. The parties discussed settlement but did not reach agreement.

### II.  Proposed Schedule

**(1)  Proposed deadlines to file motions to join other parties and to amend pleadings**

Motion to join parties:   February 1, 2007

Amend pleadings:   March 1, 2007

**(2)  Proposed deadline to file dispositive motions, objections to expert witnesses, motions *in limine*, and other motions to exclude**

Aug 15, 2007

**(3)  Proposed deadline for discovery to be completed**

July 1, 2007

**(4)  Proposed limitations on discovery**

The parties agreed to submit a Motion for a Protective Order. The proposed deadlines to produce documents and information are subject to this Court's prior entry of a protective order

protecting the confidential information of the parties. Otherwise, no limitations beyond those set forth in the Federal Rules of Civil Procedure are required.

(5) **Proposed time limit to designate expert witnesses**

    a. **Party with the burden of proof on the issue**

       May 1, 2007

    b. **Rebuttal expert**

       May 21, 2007

(6) **Proposed trial date**

November 15, 2007; the parties estimate that trial will take 5-6 days.

(7) **Proposed deadline to commence settlement negotiations**

March 1, 2007

(8) **Whether parties consent to trial before Magistrate Stickney**

The parties do not consent to trial before Magistrate Stickney.

(9) **Whether the parties are considering mediation or arbitration**

Plaintiff does not believe mediation or arbitration are warranted at this time. Defendant was willing to discuss mediation, but not arbitration.

Dated: December 5, 2006

        Respectfully submitted,

        **HUGHES & LUCE, LLP**

        /s/ Megan K. Dredla
        John W. Patton
        Texas Bar No. 00798422
        Megan K. Dredla
        Texas Bar No. 24050530
        1717 Main Street, Suite 2800
        Dallas, Texas 75201
        (214) 939-5500 (Office)
        (214) 939-6100 (Fax)
        pattonj@hughesluce.com
        megan.dredla@hughesluce.com

        **ATTORNEYS FOR PLAINTIFF TYLER TECHNOLOGIES, INC.**

        **MONTEZ & PATTERSON**

        /s/ Manuel P. Montez
        Manuel P. Montez
        Texas Bar No. 14286000
        851 Culebra
        San Antonio, Texas 78201
        (210) 736-1680 (Office)
        (210) 736-1689 (Fax)

        **ATTORNEY FOR DEFENDANT VIRTUAL IMPACT PRODUCTIONS, INC.**