IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TYLER TECHNOLOGIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO.   3:06-CV-1693-P |
| | § | |
| VIRTUAL IMPACT PRODUCTIONS, INC., | § | |
| | § | |
| Defendant. | § | |

### SUPPLEMENTAL SCHEDULING ORDER
### TRIAL DATE: NOVEMBER 5, 2007, 9:00 A.M.
### PRETRIAL CONFERENCE DATE: OCTOBER 19, 2007, 10:00 A.M.

The courtroom is now equipped with computer monitors at the bench, counsel table, the jury box, and the witness chair.  These monitors permit the display of an exhibit at all of those locations simultaneously, together with the possibility of highlighting portions of the exhibit.  Counsel contemplating the use of such equipment at trial should schedule training  prior to the trial setting on the use of such equipment for themselves and/or their assistants who will be operating it.  Training is available upon request from Deputy Clerk Amanda Miller at 214/753-2231.  Each training session will last between thirty minutes and one hour.

**IT IS SO ORDERED**.

Signed this 26th day of March 2007.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE