UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:CV-06-1693-P |
| § | ECF |
| VIRTUAL IMPACT PRODUCTIONS, INC., § | |
| § | |
| Defendant. § | |

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESS

Tyler Technologies, Inc. ("Tyler") files this Designation of Expert Witness pursuant to the Court's Order of December 12, 2006. Tyler may call the following expert to testify on the matters listed below in this case:

Daniel E. Venglarik
Munck Butrus, P.C.
900 Three Galleria Tower
13155 Noel Road
Dallas, TX 75240

Mr. Venglarik will offer opinions challenging the validity of claims of the patent-at-issue. Tyler has complied with 26(a)(2) by serving its expert disclosures on Defendant. In compliance with this Court's Requirements, the disclosures are not attached.

PLAINTIFF'S DESIGNATION OF EXPERT WITNESS—Page 1 of 2

015789.00013:1026115.01

Respectfully submitted,

HUGHES & LUCE, LLP


/s/ Megan K. Dredla
John W. Patton
Texas Bar No. 00798422
Megan K. Dredla
Texas Bar No. 24050530
1717 Main Street, Suite 2800
Dallas, Texas 75201
(214) 939-5500  (Office)
(214) 939-6100  (Fax)
pattonj@hughesluce.com
megan.dredla@hughesluce.com

**ATTORNEYS FOR PLAINTIFF TYLER TECHNOLOGIES, INC.**


## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of Plaintiff's Designation of Expert Witness was served on counsel for Defendant via U.S. Mail in accordance with the Federal Rules of Civil Procedure on the 2nd day of April, 2007.

/s/ Megan K. Dredla
Megan K. Dredla