UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TYLER TECHNOLOGIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:06-CV-1693-P |
| | § | ECF |
| VIRTUAL IMPACT PRODUCTIONS, INC., | § | |
| | § | |
| Defendant. | § | |

## STIPULATION

Plaintiff Tyler Technologies, Inc. and Defendant Virtual Impact Productions, Inc. (collectively, "the Parties"), agree and stipulate as follows:

The Parties agree and stipulate that the Parties shall have until and including May 18, 2007 to file and serve their Rebuttal Designations of Expert Witnesses in the above-entitled cause of action. It is, therefore,

ORDERED, that the Parties shall have until and including May 18, 2007 to file and serve their Rebuttal Designations of Expert Witnesses.

SIGNED this___day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

AGREED AND STIPULATED:

HUGHES & LUCE, LLP


BY:   /s/ Megan K. Dredla
John W. Patton
   Texas Bar No. 00798422
   Email:  pattonj@hughesluce.com
Megan K. Dredla
   Texas Bar No. 24050530
   Email:  megan.dredla@hughesluce.com

1717 Main Street, Suite 2800
Dallas, Texas 75201
(214) 939-5500  (Office)
(214) 939-6100  (Fax)

ATTORNEYS FOR PLAINTIFF
TYLER TECHNOLOGIES, INC.


MONTEZ PATTERSON


BY:_____
Manuel P. Montez
   Texas Bar No. 14286000

851 Culebra
San Antonio, TX  78201
(210) 736-1680  (Office)
(210) 736-1689  (Fax)

ATTORNEY FOR DEFENDANT
VIRTUAL IMPACT PRODUCTIONS, INC.

**AGREED AND STIPULATED:**

**HUGHES & LUCE, LLP**


BY:_____
John W. Patton
  Texas Bar No. 00798422
  Email: pattonj@hughesluce.com
Megan K. Dredla
  Texas Bar No. 24050530
  Email: megan.dredla@hughesluce.com

1717 Main Street, Suite 2800
Dallas, Texas 75201
(214) 939-5500 (Office)
(214) 939-6100 (Fax)

ATTORNEYS FOR PLAINTIFF
TYLER TECHNOLOGIES, INC.


**MONTEZ PATTERSON**

BY: _[signature]_
Manuel P. Montez
  Texas Bar No. 14286000

851 Culebra
San Antonio, TX 78201
(210) 736-1680 (Office)
(210) 736-1689 (Fax)

ATTORNEY FOR DEFENDANT
VIRTUAL IMPACT PRODUCTIONS, INC.