IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TYLER TECHNOLOGIES, INC. | § | |
| Plaintiff, | § | Case Number: 3-06CV1693-P |
| VS. | § | |
| VIRTUAL IMPACT PRODUCTIONS, INC., | § | |
| Defendant | § | |

## STIPULATION

Plaintiff Tyler Technologies, Inc. and Defendant Virtual Impact Productions, Inc. (collectively, "the Parties"), agree and stipulate as follows:

The Parties agree and stipulate that Defendant shall have until and including May 15, 2007 to file and serve their Responses to Plaintiff's First Set of Requests for Production of Documents and Tangible Things and First Set of Interrogatories in the above-entitled cause of action. It is, therefore,

ORDERED, that the Defendant shall have until and including May 15, 2007 to file and serve their Responses to Plaintiff's First Set of Requests for Production of Documents and Tangible Things and First Set of Interrogatories.

SIGNED this ___ day of _____, 2007.

_____
UNITES STATES DISTRICT JUDGE

AGREED AND STIPULATED:

HUGHES & LUCE, LLP

BY: _____
John W. Patton
Texas Bar No. 00798422
Email: pattonj@hughesluce.com

Megan K. Dredla
Texas Bar No. 24050530
Email: megandredla@hughesluce.com

1717 Main Street, Suite 2800
Dallas, Texas 75201
(214) 939-5500 (Office)
(214) 939-6100 (Fax)

ATTORNEYS FOR PLAINTIFF
TYLER TECHNOLOGIES, INC.

BY: _____
Manuel P. Montez
Texas Bar No. 14286000
Email: montezpatterson@sbcglobal.net

851 Culebra
San Antonio, Texas 78201
(210) 736-1680 (Office)
(210) 736-1689 (Fax)

ATTORNEY FOR DEFENDANT
VIRTUAL IMPACT PRODUCTIONS, INC.