IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TYLER TECHNOLOGIES, INC. | § § § | |
| Plaintiff, | § § | Case Number: 3-06CV1693-P |
| VS. | § § | |
| VIRTUAL IMPACT PRODUCTIONS, INC., | § § § | |
| Defendant | § § | |

### DEFENDANT'S CONFESSION OF PARTIAL JUDGMENT AGAINST VIRTUAL IMPACT PRODUCTIONS INCORPORATED

Defendant, VIRTUAL IMPACT PRODUCTIONS INCORPORATED, by and through its undersigned counsel files this CONFESSION OF PARTIAL JUDGMENT AGAINST VIRTUAL IMPACT PRODUCTIONS INC. in the above styled cause and states:

1. Tyler Technologies, Inc. filed an action for declaratory judgment pursuant to Title 28, United States Code, Sections 2201-2202 and Title 35, United States Code, Section 101 *et seq*, as to non-infringement of alleged patent rights and an action for declaratory judgment for related state law causes of action against Virtual Impact Productions, Inc.

2. Virtual Impact Productions, Inc agrees and consents to judgment that the actions of Tyler Technologies, Inc, as it relates to Virtual Impact Productions, Inc, a non-owner of the '031 Patent, does not infringe upon the '031 Patent.

3. Virtual Impact Productions, Inc. agrees and consents to judgment that the action's of Tyler Technologies, Inc do not support any State or Federal cause of action by Virtual Impact Productions, Inc based in tort and/or contract.

4. Virtual Impact Productions, Inc. <u>does not</u> agree or consent to judgment that Tyler Technologies, Inc is entitled to any award of costs and attorney's fees.

5. The signature of the duly authorized corporate representative appears below to attest to the matters herein accompanied by the signature of the attorney of record for Virtual Impact Productions, Inc.

WHEREFORE Defendant Virtual Impact Productions, Inc. prays that the Court grant a Partial Judgment against Virtual Impact Productions, Inc.

Respectfully submitted,

/s/
STEFANIE ROBINSON
Vice President and Director
Virtual Impact Productions, Inc.
607 Saint Andrews Dr.
Sarasota, Florida 34243
Phone (321) 206-0372
Fax (321) 206-3138

MANUEL P. MONTEZ
SBN# 14286000
851 Culebra
San Antonio, Texas 78201
(210) 736-1680- office
(210) 736-1689- fax

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document was served on this 15th day of May, 2007 to: John W. Payton, Megan K. Dredla, 1717 Main Street, Suite 2800, Dallas, Texas 75201.

MANUEL P. MONTEZ