IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TYLER TECHNOLOGIES, INC. | § § | |
| Plaintiff, | § § | Case Number: 3-06CV1693-P |
| VS. | § § § | |
| VIRTUAL IMPACT PRODUCTIONS, INC., | § § § | |
| Defendant | § | |

## ORDER ON DEFENDANT'S CONFESSION OF PARTIAL JUDGEMENT AGAINST VIRTUAL IMPACT PRODUCTIONS INCORPORATED

THIS CAUSE came before this Court upon Defendant's Partial Confession of Final Judgment and the Court being duly advised in the premises finds that:

1. That the Defendant Virtual Impact Productions, Inc., caused to be filed a Partial Confession of Final Judgment in this declaratory action brought by Plaintiff, Tyler Technologies, Inc.

2. That the prayer for relief by Tyler in pertinent is: (a) in the complaint the Plaintiff seeks a declaration "that the Court declare that Tyler's actions do not infringe the '031 Patent" as well as (b) "that the Court declare that Tyler's actions do not support any state law causes of action by VIP based in tort and/or contract."

3. That paragraph (c) and (d) are requesting an award of cost as well as attorney's fees.

4. That paragraph (e) is a prayer for general relief as the Court shall deem just and proper.

5. That Virtual Impact Productions, Inc., has agreed and consented to partial final judgment that the actions of Tyler do not support any state or federal cause of action by Virtual Impact Productions, Inc., based in tort and/or contract.

6. That Virtual Impact Productions, Inc., has agreed and consented to partial final judgment that the actions of Tyler, as it relates to Virtual Impact Productions, Inc., does not infringe upon the '031 Patent.

7. That Virtual Impact Productions, Inc., does not consent or agree to judgment that Tyler is entitled to any award of cost and attorney's fees.

ORDERED AND ADJUDGED based upon the foregoing this Court enters Partial Final Judgment against Virtual Impact Productions, Inc., as follows:

    a) The Court declares that the actions of Tyler do not support any state or federal cause of action by Virtual Impact Productions, Inc., based in tort and/or contract against Tyler.

    b) The Court declares that the actions of Tyler, as it relates to Virtual, does not infringe upon the '031 Patent.

    c) The Court retains jurisdiction to consider the claim of Tyler for an award of cost and attorney's fees to which Virtual Impact Productions, Inc., contest.

SIGNED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE