UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TYLER TECHNOLOGIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3-06-cv-1693-P |
| | § | ECF |
| VIRTUAL IMPACT PRODUCTIONS, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Currently pending before the Court is Plaintiff's Motion for Leave to Amend Its Complaint and Add Parties. Having considered the merits of the Motion, the Court finds the requested relief is warranted. Therefore, the Motion is GRANTED.

It is so ordered this _____ day of _____, 2007.

Jorge A. Solis
United States District Judge

**ORDER**—Solo Page

015789.00013:1034292.01