UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TYLER TECHNOLOGIES, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3-06-cv-1693-P ECF |
| VIRTUAL IMPACT PRODUCTIONS, INC., | § § § | |
| Defendant. | § | |

## UNOPPOSED MOTION FOR ENTRY OF AGREED FINAL JUDGMENT

Plaintiff Tyler Technologies, Inc. files this Unopposed Motion for Entry of Agreed Final Judgment and respectfully requests that the Court enter the Agreed Final Judgment attached hereto as Exhibit A. The Agreed Final Judgment has been duly executed by counsel for Plaintiff Tyler Technologies, Inc. and Defendant Virtual Impact Productions, Inc. pursuant to the Settlement Agreement attached hereto as Exhibit 1.

Respectfully submitted,

HUGHES & LUCE, LLP

/s/ John W. Patton
John W. Patton
Texas Bar No. 00798422
Megan K. Dredla
Texas Bar No. 24050530
1717 Main Street, Suite 2800
Dallas, Texas 75201
(214) 939-5500 (Office)
(214) 939-6100 (Fax)
pattonj@hughesluce.com
megan.dredla@hughesluce.com

**ATTORNEYS FOR PLAINTIFF TYLER TECHNOLOGIES, INC.**

## CERTIFICATE OF CONFERENCE

The parties agree that the Agreed Final Judgment attached hereto should be entered by the Court.

/s/ John W. Patton
John W. Patton

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of June, 2007, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented to accept this notice as service of this document by electronic means:

Manuel P. Montez, Esq.
Montez & Patterson
851 Culebra
San Antonio, Texas 78201
Email: montezpatterson@sbcglobal.net

/s/ Megan K. Dredla
Megan K. Dredla