UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:CV-06-1693-P |
| § | ECF |
| VIRTUAL IMPACT PRODUCTIONS, INC., § | |
| § | |
| Defendant. § | |

## **AGREED FINAL JUDGMENT**

The parties have advised the Court that they have resolved the matters between them and agreed to the entry of this Final Judgment as indicated by the signatures of their respective counsel below. The Court finds that this Agreed Final Judgment should be entered, with the findings included below.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the parties and over the subject matter of this action under 28 U.S.C. §§ 1331, 1332, 1338, 2201, and 1367. The parties have advised the Court of their agreement to settle this matter pursuant to the Settlement Agreement attached as Exhibit 1 and this Agreed Final Judgment.

2. Virtual Impact Productions has admitted and, the Court hereby finds, that no product, good, service, or component sold, made, offered for sale, imported, or used by Tyler Technologies, Inc. infringes U.S. Patent No. 6,505,031 (the Patent, as defined in the attached Exhibit 1, which is incorporated herein by reference).

3. The Court hereby ORDERS that Virtual Impact Productions, Inc., its officers, agents, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise, are hereby prohibited from bringing suit against Tyler Technologies, Inc., its officers, agents, or employees, for infringement of the Patent.

4. The Court hereby ORDERS that Tyler Technologies, Inc., its officers, agents, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise, are hereby prohibited from bringing suit against Virtual Impact Productions, Inc., its officers, agents, or employees, to contest the validity of the Patent unless Tyler Technologies, Inc., or any affiliated person or entity, is accused of infringing the Patent.

5. Each party shall bear its own costs and attorneys' fees.

6. All relief not herein granted to a party is hereby DENIED. Notwithstanding the foregoing, this Court shall retain jurisdiction of this case as may be necessary to enforce this Agreed Final Judgment.

Entered this 15th day of June 2007.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

AGREED AND STIPULATED TO:

Respectfully submitted,

HUGHES & LUCE, LLP

s/ John W. Patton
John W. Patton
Megan K. Dredla
1717 Main Street, Suite 2800
Dallas, Texas 75201
(214) 939-5500  (Office)
(214) 939-6100  (Fax)

ATTORNEYS FOR PLAINTIFF TYLER
TECHNOLOGIES, INC.

MONTEZ & PATTERSON

s/ Manuel P. Montez
Manuel P. Montez
851 Culebra
San Antonio, TX 78201
210.736.1680
210.736.1689 – Fax

ATTORNEYS FOR DEFENDANT VIRTUAL
IMPACT PRODUCTIONS, INC.